UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )   BK No.: 14-23132
)
Karlene A. R. Davis, )   Chapter: 7
)   Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

**ORDER GRANTING DEBTOR'S MOTION TO REOPEN CASE**

This matter coming to be heard on Debtor's Motion to Reopen Bankruptcy Case pursuant to 11 U.S.C. § 350, with sufficient notice having been given, the Court having jurisdiction over the parties and the subject matter of the motion, and the Court being fully advised in the premises:

IT IS ORDERED:

1. The Motion is granted.

2. This case is reopened.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: June 15, 2020

**Prepared by:**

Arthur Corbin
Corbin Law Firm, LLC
2500 E. Devon Ave., Ste. 200
Des Plaines, IL 60018
p.773-570-0054 f. 773-570-5449