UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-23132 |
| Karlene A. R. Davis, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### Order Avoiding Judicial Lien of First Midwest Bank

This matter coming to be heard on Debtor's Motion to Avoid Judicial Lien of First Midwest Bank pursuant to 11 U.S.C. § 522(f):

IT IS ORDERED:

The judicial lien of First Midwest Bank based upon the Memorandum of Judgment in the Circuit Court of Cook County, Illinois, Case No. 2013 L 10873, and recorded with the Cook County Recorder of Deeds as Doc. No. 1405649001 and attached to the real estate commonly known as 4321 Cedarwood Lane, Matteson, IL 60443, PIN # 31-22-213-020-0000 is avoided in its entirety including any accrued interest, costs, and fees.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: June 25, 2020

**Prepared by:**

Arthur Corbin
Corbin Law Firm, LLC
2500 E. Devon Ave., Ste. 200
Des Plaines, IL 60018
p.773-570-0054 f. 773-570-5449